### A08A1506. CHASE v. THE STATE.
(683 SE2d 92)

ANDREWS, Presiding Judge.

In *Chase v. State*, 285 Ga. 693 (681 SE2d 116) (2009), the Supreme Court reversed Division 2 of this court's opinion in *Chase v. State*, 293 Ga. App. 415, 417 (667 SE2d 195) (2008). The Supreme Court held that the trial court erred in preventing Chase from presenting a consent defense at trial and reversed our judgment to the contrary.

Accordingly, our judgment in this case is vacated, the judgment of the Supreme Court is made the judgment of this court, the judgment of the trial court is reversed, and this case is remanded for further proceedings consistent with the Supreme Court's opinion.

*Judgment reversed and case remanded. Bernes and Doyle, JJ., concur.*

DECIDED AUGUST 4, 2009.

*Victor Hawk*, for appellant.

*Daniel J. Craig, District Attorney, Charles R. Sheppard, Assistant District Attorney*, for appellee.